AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Maria Sarmiento Lopez and Nancy Yanza, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-06528 |
| Celi Nails and Spa Inc., Lexi Nails and Spa, Inc., and Jia Chen, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Maria Sarmiento Lopez and Nancy Yanza

Date:   07/28/2023

*Attorney's signature*

Camille A. Sanchez (6018014)
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue 17th Floor
New York, New York 10022

*Address*

sanchez@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*