**MEMO ENDORSED**

# PECHMAN LAW GROUP PLLC
A T T O R N E Y S   A T   L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

October 19, 2023

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:  *Sarmiento Lopez v. Celi Nails and Spa Inc.*,
No. 23 Civ. 6528 (JGLC)(OTW)

Dear Judge Clarke:

> Application GRANTED. The parties are directed to file a joint status letter regarding settlement discussions by **December 1, 2023**. The initial pretrial conference is hereby rescheduled for **December 28, 2023** at **10:00 a.m.** and the joint letter and proposed Case Management Plan are due **December 21, 2023.** The Clerk of Court is directed to terminate ECF No. 16.
>
> Dated: October 20, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

We represent Plaintiffs Maria Sarmiento and Nancy Yanza in the above-referenced matter and submit this letter-motion jointly with counsel for Defendants to request to be relieved of the requirement to attend a Settlement Conference by October 26, 2023, as set forth in the Order of July 31, 2023 (ECF No. 11).  The parties further request an adjournment, until December 28, 2023, of the initial pretrial conference currently scheduled for November 9, 2023, and a corresponding adjournment, until December 21, 2023, of the November 2, 2023, deadline to file a pre-conference letter and proposed Case Management Plan established in the Court's July 31, 2023, Order (ECF No. 11).

The parties are engaged in on-going settlement discussions and hope to resolve this matter without attending a conference.  If they cannot resolve this matter, however, they wish to attend a mediation by no later than mid-December 2023.  This approach will allow the parties to preserve resources if they are able to resolve their disputes.

The parties apologize for the delay in scheduling a Settlement Conference, and we thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ Camille A. Sanchez*

Camille A. Sanchez

cc:  Counsel of Record (via ECF)