UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MARIA SARMIENTO LOPEZ and NANCY YANZA,

                      Plaintiffs,                    23 Civ. 6528 (JGLC) (OTW)

      -v-

CELI NAILS AND SPA INC., LEXI NAILS AND SPA INC., and JIA CHEN,

                                        ~~PROPOSED~~ JUDGMENT
                   Defendants.
-------------------------------------------------------------------- X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Maria Sarmiento Lopez and Nancy Yanza ("Plaintiffs") on December 20, 2023; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants Celi Nails and Spa Inc., Lexi Nails, and Spa Inc., and Jia Chen, jointly and severally, in the amount of $75,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: New York, New York

       __December 20__, 2023

 

                                                    _Jessica Clarke_
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge